IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

KARLEY WILLIAMS, INDIVIDUALLY
AND ON BEHALF OF ALL OTHERS
SIMILARLY SITUATED                                                                  PLAINTIFF

V.                                          2:18CV00070 JM

SHELBY COUNTY HEALTHCARE
CORPORATION d/b/a REGIONAL
MEDICAL CENTER and d/b/a REGIONAL
ONE HEALTH; and AVECTUS
HEALTHCARE SOLUTIONS, LLC                                                DEFENDANTS

## ORDER

Pending is the parties joint motion for voluntary dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). The motion is granted. This action has not been certified as a class action and the Plaintiff's dismissal of her individual claims will not deny the unknown putative class members' rights to seek redress. Accordingly, Plaintiff's complaint and all causes of action against these defendants is dismissed with prejudice. The Clerk is directed to close the case.

IT IS SO ORDERED this 20th day of August, 2018.

_____
James M. Moody Jr.
United States District Court